IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

EMMA HARMON,

    Petitioner,

v.                          CASE NO. 4:14cv312-RH/CAS

J.V. FLOURNOY,

    Respondent.

_____/

## ORDER DISMISSING PETITION

By petition for a writ of habeas corpus under 28 U.S.C. § 2241, Emma Harmon challenges her federal conviction and sentence. The petition is before the court on the magistrate judge's report and recommendation, ECF No. 15. No objections have been filed.

The report and recommendation correctly concludes that Ms. Harmon cannot challenge her conviction and sentence under § 2241. It bears noting, too, that Ms. Harmon's challenge to her conviction and sentence is unfounded on the merits.

Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "The petition is dismissed." The clerk must close the file.

SO ORDERED on January 31, 2017.

s/Robert L. Hinkle<br>
United States District Judge